## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| ROBERT TAYLOR, A/K/A JAMES SMITH<br>AY 6068 SCI FAYETTE 50 OVERLOOK<br>DRIVE LA BELLE, PA  15450,<br><br>Petitioner<br><br>v.<br><br>HON. SHELDON C. JELIN, JUDGE, AND<br>HON. GENECE E. BRINKLEY, JUDGE<br>COURT OF COMMON PLEAS OF<br>PHILADELPHIA COUNTY CRIMINAL<br>JUSTICE CENTER 1301 FILBERT<br>STREET PHILADELPHIA, PA  19107,<br><br>Respondents | :  No. 26 EM 2019<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

   **AND NOW**, this 1st day of July, 2019, the Application for Leave to File Original

Process is GRANTED, and the Petition for Issuance of Writ of Mandamus is DENIED.

The Prothonotary is DIRECTED to strike the names of the jurists from the caption.